E-FILED
Monday, 20 September, 2004  01:27:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| TARA McCABE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-CV-1141 |
| | ) | |
| PAL HEALTH TECHNOLOGIES, INC., | ) | |
| an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
SEP 2 0 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### CERTIFICATE OF COMPLIANCE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned hereby certifies that a copy of the **Defendant's Interrogatories and Request for Production of Documents** was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees, affixing first class postage thereto, and depositing the same in the U.S. Mail at Springfield, Illinois, this ____ day of September, 2004, and that the undersigned has retained the original and becomes the custodian thereof.

Mr. Nile J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria, IL 61602-1104

Richard D. Frazier
#6193113
METNICK, CHERRY, FRAZIER & SABIN, L.L.P.
Attorneys at Law
Suite 200 Myers Building
P.O. Box 12140
Springfield, IL 62791