E-FILED
Wednesday, 03 November, 2004 01:31:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
NOV - 3 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TARA McCABE, | ) |
| Plaintiff. | ) |
| vs. | ) Case No. 04-CV-1141 |
| PAL Health Technologies, Inc., | ) |
| Defendant. | ) |

**DEFENDANT PAL HEALTH TECHNOLOGIES, INC.'S**
**MOTION FOR SUBSTITUTION OF COUNSEL**

Comes now PAL Health Technologies, Inc. (herein "Defendant") by each of the respective undersigned counsel and moves to substitute counsel responsible for the representation of Defendant in the above-captioned matter and, in support thereof, states as follows:

1. Richard D. Frazier of the firm of Metnick, Cherry, Frazier & Sabin, L.L.P., has previously entered his appearance in the above-captioned matter on behalf of Defendant.

2. Defendant and the undersigned Richard D. Frazier have mutually and amicably agreed that Richard D. Frazier will cease, as of the date this Motion is granted, representing Defendant in the above-captioned matter.

3. Defendant has retained the undersigned Daniel R. Begian of the firm of McMahon, Berger, Hanna, Linihan, Cody & McCarthy to enter his appearance in the above-captioned matter on behalf of Defendant.

4. Daniel R. Begian has filed with the Clerk of the Court a completed Motion for Admission to Practice, inclusive of a completed Admission Questionnaire, a Certificate of

1

Admission as an Attorney at Law in Good Standing from the Supreme Court of Missouri and an appropriate admission fee.

5.   Daniel R. Begian represents by his execution of this Motion that his appearance on behalf of Defendant will not interfere with those dates contained within the Court-approved Scheduling Order and Discovery Plan.

6.   Daniel R. Begian has advised counsel for Plaintiff of his intention to file this Motion for Substitution of Counsel and counsel for Plaintiff has represented that he has no objection to the Motion for Substitution.

7.   A Proposed Order is attached hereto.

WHEREFORE Defendant requests, by the undersigned Richard D. Frazier and Daniel R. Begian, that Defendant's Motion for Substitution of Counsel be granted in full.

| METNICK, CHERRY, FRAZIER & SABIN, L.L.P. | McMAHON, BERGER, HANNA, LINIHAN, CODY & McCARTHY |
|---|---|
| _/s/ Richard D. Frazier_ | _/s/ Daniel R. Begian_ |
| Richard D. Frazier | Daniel R. Begian |
| The Myers Building, Suite 200 | 2730 North Ballas Road, Suite 200 |
| 1 West Old State Capitol Plaza | St. Louis, Missouri 63131-3039 |
| Springfield IL 62701 | Phone:   314/567-7350 |
| Phone:   271/753-4242 | Fax:   314/567-5968 |
| Fax:   271/753-4642 | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of October, 2004 served a true and correct copy of the foregoing upon the following, by depositing same with the United States Postal Service, first class postage prepaid, addressed as follows:

Niles J. Williamson
Attorney at Law
1926 Associated Bank Plaza
Peoria IL 61602-1104

Counsel for Plaintiff Tara McCabe

Daniel R. Begian

RECEIVED
NOV - 3 2004
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TARA McCABE, | ) |
| Plaintiff. | ) |
| vs. | ) Case No. 04-CV-1141 |
| PAL Health Technologies, Inc., | ) |
| Defendant. | ) |

### ORDER

The Court having fully considered Defendant PAL Health Technologies, Inc.'s Motion for Substitution of Counsel, for good cause shown and given the representation of counsel for Plaintiff that it has no objection to the Motion for Substitution, IT IS HEREBY ORDERED that said Motion for Substitution of Counsel is granted in its entirety and that the Clerk of the Court is directed to enter Daniel R. Begian as counsel of record for Defendant PAL Health Technologies, Inc., in the above-captioned matter.

SO ORDERED:

_____
United States District Judge

_____
Date