**E-FILED**
Wednesday, 03 November 2004 03:17:07 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TARA MCCABE, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No. 04-cv-1141 |
| | ) |
| PAL HEALTH TECHNOLOGIES, INC., an Illinois corporation | ) |
| Defendant | ) |

**FILED**
NOV 3 - 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**RECEIVED**
NOV 3 - 2004
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

## *CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE*

In accordance with the provision of 28 U.S.C. §636(c) and Fed.R. Civ. P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

**FOR PLAINTIFF(S):**                    **FOR DEFENDANT(S):**

_[signature]_                             _Daniel R Bey_
DATE  10/27/04                           DATE  11/2/04

DATE _____                               DATE _____

DATE _____                               DATE _____

*ALL PLAINTIFFS OR ATTORNEYS FOR PLAINTIFFS MUST SIGN.*    *ALL DEFENDANTS OR ATTORNEYS FOR DEFENDANTS MUST SIGN.*

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable __John A. Gorman__, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

DATE  11/3/04                             /s/ Joe B. McDade
                                          UNITED STATES DISTRICT JUDGE

**NOTE:** RETURN THIS FORM TO THE CLERK OF COURT *ONLY* IF ALL PARTIES HAVE CONSENTED *ON THIS FORM* TO PROCEED BEFORE A MAGISTRATE JUDGE.