# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TARA MCCABE,                )<br>     PLAINTIFF,          )<br>v.                           )<br>                             )<br>PAL HEALTH TECHNOLOGIES, INC., )<br>an Illinois corporation,     )<br>     DEFENDANT.          ) | CASE NO. 04-CV-1141 |

### PARTIES JOINT STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FRCP 41(a)(1)(ii)

Now come the parties hereto by their respective attorneys and hereby Stipulate and Agree that the case has been settled and that said cause may be dismissed with prejudice, costs paid and cause of action satisfied, each party to bear their own fees.

BY /s/ Nile J. Williamson_____
NILE J. WILLIAMSON,
Plaintiff's Attorney

BY /s/Daniel R. Begian_____
DANIEL R. BEGIAN,
Defendant's Attorney